

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00420-CV

| | | |
|---|---|---|
| KASEY HOLDRIDGE; ROBERT A. LYONS, P.A.; ROBERT A. LYONS, M.D.; AND CLEARVIEW SURGERY CENTER, INC., Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-333004-22) |
| v. | § | July 18, 2024 |
| WALLACE RYNE, O.D., P.C.; AND WALLACE "WALLY" RYNE, Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and rendered in part. We therefore

- affirm the declaratory judgments interpreting the Holdridge Agreement;

- reverse the breach of fiduciary duty judgments and corresponding awards of compensatory and exemplary damages entered against Robert A. Lyons, P.A. and render judgment that Wallace Ryne, O.D., P.C. take nothing on those claims;

- reverse the breach of contract judgment entered against Robert A. Lyons, P.A. and render judgment that Wallace Ryne, O.D., P.C. take nothing on that claim;

- reverse the tortious interference judgments and corresponding awards of compensatory and exemplary damages entered against Kasey Holdridge and render judgment that Wallace Ryne, O.D., P.C. take nothing on those claims;

- reverse the trial court's order of dissolution; and

- affirm the trial court's award of attorney's fees.

It is further ordered that each party shall bear its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth